AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company and Rare Breed Triggers, Inc., a Texas Corporation | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No.  2:26-CV-14198 |
| Advanced Threat Assessment and Training Inc., d/b/a Warhammer Armaments | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Advanced Threat Assessment and Training Inc.,
d/b/a Warhammer Armaments
8801 SW Fox Brown Road
Indiantown, Florida 34956

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jacob William Roth
Contarino Roth LLC
2255 Glades Road, Suite 324A
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Date: _____06/05/2026_____

Angela E. Noble
Clerk of Court