UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-14198-CIV-MARTINEZ

RARE BREED TRIGGERS, INC. and
ABC IP, LLC,

        Plaintiffs,

v.

ADVANCED THREAT ASSESSMENT
AND TRAINING INC.,

        Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on a *sua sponte* review of the record. On June 24, 2026,

Plaintiffs filed a Notice Re Multidistrict Litigation Filing [ECF No. 9], which indicates this case

is related to Multidistrict Litigation No. 3176, pending in the Eastern District of Texas. Because

this case may be transferred to the U.S. District Court for the Eastern District of Texas, it is

**ORDERED AND ADJUDGED** as follows:

1.     This case is **STAYED** pending a transfer decision by the Judicial Panel on

Multidistrict Litigation.

2.     Furthermore, the case shall be **ADMINISTRATIVELY CLOSED**, for statistical

purposes only, without prejudice to the substantive rights of any of the parties.

Any party may move to reopen this case at the appropriate time.

**DONE AND ORDERED** in Miami, Florida, this 25 day of June 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record